**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

CARLOS F. MUSGROVE
    Petitioner,

vs.    Case No.: 3:05cv260/MCR/EMT

JAMES V. CROSBY JR.,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 20, 2005. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED without prejudice** for failure to exhaust.

**DONE AND ORDERED** this 21st day of November, 2005.

    *s/ M. Casey Rodgers*
    **M. CASEY RODGERS
    UNITED STATES DISTRICT JUDGE**